# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 28TH HDG, LLC, a Delaware Limited Liability Company,<br><br>  Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, National Association, an Ohio Corporation; JOHN REEVES, an individual; and DOES 1 through 10,<br><br>  Defendants. | Case No.: 3:24-cv-00067-H-AHG<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL OF DEFENDANT JPMC** |

On December 13, 2023, Plaintiff 28th HDG, LLC ("Plaintiff") filed a complaint in the Superior Court of California, County of San Diego, Case Number 37-2023-00053958-CU-FR-CTL, against Defendants JPMorgan Chase Bank, N.A. ("Defendant JPMC") and John Reeves ("Defendant Reeves"). (Doc. No. 1-2.) On January 10, 2024, Defendant JPMC removed the action to this Court. (Doc. No. 1.) On February 21, 2024, Plaintiff filed a notice of settlement. (Doc. No. 8.) On March 6, 2024, Defendant JPMC and Plaintiff filed a joint motion to voluntarily dismiss Defendant JPMC from the action. (Doc. No. 11.)

Rule 41(a)(1)(A)(ii) permits a plaintiff to voluntarily dismiss an action without a

court order so long as the plaintiff files a stipulation of dismissal signed by all parties who have appeared in the action.  Fed. R. Civ. P. 41(a)(1)(A)(ii).  Here, counsel for Defendant JPMC and Plaintiff have signed the notice of dismissal.  (Doc. No. 11.)  Defendant Reeves has not yet appeared in the action.  Accordingly, the Court dismisses Plaintiff's claims as to Defendant JPMC with prejudice, each side to bear its own costs.

**IT IS SO ORDERED.**

DATED: March 12, 2024

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT